IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHN SHAW,                                                    ORDER

      Plaintiff,                                        18-cv-179-bbc

  v.

NANCY A. BERRYHILL,
Acting Commissioner, Social
Security Administration,

      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Dana Duncan, counsel for plaintiff John Shaw, has moved for authorization of attorney fees and costs for his representation of plaintiff. Counsel is seeking $4,043.16 in fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412. Defendant Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, does not oppose plaintiff's counsel's request. Accordingly, I am granting plaintiff's counsel's motion.

After counsel for the parties verify that plaintiff owes no pre-existing debt subject to offset, defendant shall pay $4,043.16 in fees and costs to counsel in accordance with the assignment signed by plaintiff and his counsel.

1

ORDER

IT IS ORDERED that plaintiff John Shaw's motion for attorney fees and costs in the amount of $4,043.16, dkt. #15 is GRANTED.

Entered this 10th day of October, 2018.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge